# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ROBERT ANDERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>    Defendant. | Case No.: 4:18-cv-00120-JHM-HBB<br><br>Chief Judge Joseph H. McKinley, Jr<br>Magistrate Judge H. Brent Brennenstuhl |

## NOTICE OF SETTLEMENT

Plaintiff ROBERT ANDERSON notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 1st day of April 2019.

By: */s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com

- 1 -

Attorney for Plaintiff, ROBERT ANDERSON

## CERTIFICATE OF SERVICE

I certify that on April 1, 2019 I filed Plaintiff ROBERT ANDERSON's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Daniel JT McKenna
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: (215) 864-8321
F: (215) 864-8999
E: Mckennad@ballardspahr.com
ATTORNEY TO BE NOTICED

Ross T. Silverberg
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: (215) 864-8237
F: (215) 864-8999
E: Silverbergr@ballardspahr.com
ATTORNEY TO BE NOTICED

Jenny N. Perkins
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: (215) 864-8378
F: (215) 864-8999
E: Perkinsj@ballardspahr.com
ATTORNEY TO BE NOTICED

Maria A. Gall
Ballard Spahr LLP - Las Vegas
1980 Festival Plaza Dr., Suite 900
Las Vegas, NV 89135
702-471-7000
Fax: 702-471-7070
Email: gallm@ballardspahr.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

By: */s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com
Attorney for Plaintiff, ROBERT ANDERSON

- 3 -

NOTICE OF SETTLEMENT