# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| ROBERT ANDERSON,<br>   Plaintiff,<br><br>  v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>   Defendant. | Case No.: 4:18-cv-120-JHM-HBB<br><br>*ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Anderson ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| *s/ Daniel JT McKenna  (with permission)*<br>Daniel JT McKenna<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>T: (215) 864-8321<br>F: (215) 864-8999<br>E: Mckennad@ballardspahr.com<br>*COUNSEL FOR DEFENDANT* | *s/ Joseph E. Blandford, Jr.*<br>Joseph E. Blandford, Jr.<br>1387 S. Fourth Street<br>Louisville, Kentucky 40208<br>T: 502-636-4615<br>F: 502-634-9119<br>Email: jeblaw@bellsouth.net<br>*COUNSEL FOR PLAINTIFF* |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| ROBERT ANDERSON,<br>　　　Plaintiff,<br><br>　　　v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>　　　Defendants. | Case No: 4:18-cv-120-JHM-HBB<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Robert Anderson ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: _____          _____
　　　　　　　　　　　　　　　　　Joseph H. McKinley Jr.
　　　　　　　　　　　　　　　　　United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Daniel JT McKenna
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: (215) 864-8321
F: (215) 864-8999
E: Mckennad@ballardspahr.com
*COUNSEL FOR DEFENDANT*

Ross T. Silverberg
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: (215) 864-8237
F: (215) 864-8999
E: Silverbergr@ballardspahr.com
*COUNSEL FOR DEFENDANT*

Jenny N. Perkins
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: (215) 864-8378
F: (215) 864-8999
E: Perkinsj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

Maria A. Gall
Ballard Spahr LLP - Las Vegas
1980 Festival Plaza Dr., Suite 900
Las Vegas, NV 89135
702-471-7000
Fax: 702-471-7070
Email: gallm@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*s/ Joseph E. Blanford, Jr.*
Joseph E. Blandford , Jr.
1387 S. Fourth Street
Louisville, KY 40208
502-636-4615

Fax: 502-634-9119
Email: jeblaw@bellsouth.net
*COUNSEL FOR PLAINTIFF*