**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

ROBERT ANDERSON,                          Case No: 4:18-cv-120-JHM-HBB

        Plaintiff,                       **ORDER OF DISMISSAL**

        v.

CAPITAL ONE BANK (USA), N.A.,

        Defendants.

---

**ORDER OF DISMISSAL**

    Plaintiff, Robert Anderson ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A.,

("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise

sufficiently advised,

    IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendant are

DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.


    SO ORDERED.


    Dated: June 6, 2019

                                Joseph H. McKinley Jr., District Judge
                                United States District Court